IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANGEL ENRIQUE NUNEZ ESCOBAR, *et al.*, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0994 |
| | ) | Judge Trauger |
| LEE GAINES, Supervisory Detention and Deporation Officer, Immigration and Customs Enforcement ("ICE"), Nashville Fugitive Operations Team ("NVLFOT"), *et al.*, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED.**

ENTER this 26th day of October 2011.

_____
ALETA A. TRAUGER
U.S. District Judge