# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Nunez-Escobar, et. al., <br><br> Plaintiff <br><br> v. <br><br> Gaines, et. al., <br><br> Defendant | ) <br> ) <br> ) <br> ) Civil Action No. 3-11 0994 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lee Gaines
Supervisory Detention and Deportation Officer, United States Immigration and Customs Enforcement ("ICE") Nashville Fugitive Operations Team (NVLFOT)
51 Century Blvd Ste 350
Nashville, TN 37214

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tricia R. Herzfeld #026014
American Civil Liberties Union Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

CLERK OF COURT

*Althea Slaughter*

Date: OCT 19 2011

*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Lee Gaines**
was received by me on *(date)* **10-21-11**

☒ I personally served the summons on the individual at *(place)* **51 Century Blvd #351 N/T**
   on *(date)* **10-21-11** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
   , a person of suitable age and discretion who resides there,
   on *(date)*             , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                    , who is
   designated by law to accept service of process on behalf of *(name of organization)*
   on *(date)*             ; or

☐ I returned the summons unexecuted because                                          ; or

☐ Other *(specify)*:

My fees are $         for travel and $         for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: 10-21-11      *[signature]*                  *[signature] Donald Johnston*
                                                   Server's signature

                                                   **Donald JOHNSTON**
                                                   Printed name and title

                                                   Server's address

Additional information regarding attempted service:

*[Notary seal: Christian Todd Smith, State of Tennessee Notary Public, Davidson County, My Commission Expires July 6, 2015]*