IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGEL ENRIQUE NUNEZ ESCOBAR et al., ) ) ) Plaintiffs, ) ) v. ) ) LEE GAINES, et al., ) ) Defendants. ) | Civil Action No. 3:11-CV-00994 |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS GREYSTAR REAL ESTATE PARTNERS, LLC, TRITEX REAL ESTATE ADVISORS, INC., AND TRACY HALL

Come now the undersigned attorneys with the law firm of Leitner, Williams, Dooley & Napolitan, PLLC, and give notice of their entry of appearance as counsel of record for separate Defendants Greystar Real Estate Partners, LLC, Tritex Real Estate Advisors, Inc., and Tracy Hall.

The undersigned hereby requests that all notices given or required to be given, and all pleadings served or required to be served, in this case be given to and served upon the undersigned.

This notice denotes the appearance of counsel for these Defendants only and is not meant to waive any defenses in Federal Rules of Civil Procedure 8 or 12.

Respectfully submitted,

**LEITNER, WILLIAMS, DOOLEY
& NAPOLITAN, PLLC**

By: <u>s/Richard C. Mangelsdorf, Jr.</u>
**Richard C. Mangelsdorf, Jr.**
BPRN 12707
<u>s/Brian F. Walthart</u>
**Brian F. Walthart**
BPRN 24777
Attorneys for Defendants
414 Union Street, Suite 1900
Nashville, Tennessee 37219-1782
(615) 255-7722

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that this document has been served upon all parties listed hereunder via the Court's CM/ECF system and/or placed in the mail addressed as set forth below.

Tricia Herzfeld
Legal Director
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, Tennessee 37212
tricia@aclu-tn.org

Andre Segura
Lee Gelernt
American Civil Liberties Union
Foundation Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, New York 10004
asegura@aclu.org
lgelernt@aclu.org

Cecillia D. Wang
American Civil Liberties Union
Foundation Immigrants' Rights Project
39 Drumm Street
San Francisco, California 94111
Cwang@aclu.org

Matthew J. Piers
Jose J. Behar
Jenna L. Miara
Hughes, Socol, Piers, Resnick & Dym, Ltd.
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
mpiers@hsplegal.com
jbehar@hsplegal.com
jmiara@hsplegal.com

Elliott Ozment
Law Offices of Elliott Ozment
1214 Murfreesboro Pike
Nashville, Tennessee 37217
elliott@ozmentlaw.com

This the 2nd day of December, 2011.

**By:** **s/Brian F. Walthart**
   **Brian F. Walthart**