IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANGEL ENRIQUE NUNEZ ESCOBAR, )
et al. )
) NO. 3-11-0994
v. ) JUDGE CAMPBELL
)
LEE GAINES, et al. )

ORDER

Pending before the Court is Defendant Gary Kemper's Motion to Dismiss (Docket No. 68).

For the reasons stated in the accompanying Memorandum, Defendant Kemper's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE