UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **Angel Enrique Nunez Escobar, et al.,** ) | |
| ) | **Case No. 3:11-cv-0994** |
| **Plaintiffs,** ) | |
| ) | **Judge Campbell** |
| **v.** ) | **Magistrate Judge Bryant** |
| ) | |
| **Lee Gaines, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DENIAL OF ENTRY OF DEFAULT

Pending is Plaintiffs' Request for Entry of Default against Defendant Crime Suppression Services (Docket Entry No. 100). The motion is denied as Defendant has appeared in the case and filed a Motion for Extension of Time to file an Answer (Docket Entry No. 106), which remains pending before the Court. The Clerk will not enter default so long as the motion remains pending. Should the Court grant Defendant's motion and Defendant subsequently file an Answer within the time frame permitted by the Court, default will not be entered. Should the Court deny Defendant's motion, Plaintiffs may renew their request for entry of default.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court