ORDER:
Motion denied.

*s/ John S. Bryant*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGEL ENRIQUE NUNEZ ESCOBAR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:11-cv-994 |
| ) | |
| LEE GAINES, *et al.*, ) | Chief Judge Campbell |
| ) | Magistrate Judge Bryant |
| Defendants. ) | |

**PLAINTIFFS' MOTION TO RECONSIDER AND MODIFY THE COURT'S ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO ANSWER COMPLAINT**

This Court should reconsider and modify its Order dated January 10, 2012 (Docket No. 103) ("Order") which granted twelve defendants —Immigration and Customs Enforcement agents sued in the their individual capacities —a 45-day extension of time to file their response to the Complaint. The request for an extension of time was filed after the time to respond had expired and after Plaintiffs had filed motions for entry of default. This Court ruled on the request without the benefit of a response from Plaintiffs. This Court should reconsider its Order to consider evidence not previously presented to the Court, and also modify its Order to prevent manifest injustice.

The request for extension of time did not establish that the defendants' failure to act was the result of excusable neglect, as required by Federal Rule of Civil Procedure 6(b)(1)(B). Indeed, the request failed to give any reason for the untimely filing. Moreover, a 45-day extension of time will cause Plaintiffs significant prejudice, substantially delay the litigation, and is not warranted.

Accordingly, and as outlined in more detail in the memorandum of law filed contemporaneously with this motion, Plaintiffs respectfully move this court to reconsider and modify its Order.

Dated: January 13, 2012

                                            Respectfully submitted,
                                            /s/Jenna L. Miara
                                            Matthew J. Piers*
                                            José Jorge Behar*
                                            Jenna L. Miara*
                                            HUGHES SOCOL PIERS RESNICK & DYM, LTD.
                                            70 W. Madison Street, Suite 4000
                                            Chicago, IL 60602
                                            Tel: (312) 580-0100
                                            *mpiers@hsplegal.com*
                                            *jbehar@hsplegal.com*
                                            *jmiara@hsplegal.com*

*On behalf of Attorneys for Plaintiffs*

| | |
|---|---|
| Andre Segura* | Tricia Herzfeld (BPR #026014) |
| Lee Gelernt* | Legal Director |
| American Civil Liberties Union Foundation | ACLU Foundation of Tennessee |
|   Immigrants' Rights Project | P.O. Box 120160 |
| 125 Broad Street, 18th Floor | Nashville, TN 37212 |
| New York, NY 10004 | T: (615) 320-7142 |
| T: (212) 549-2660 | *tricia@aclu-tn.org* |
| *asegura@aclu.org* | |
| *lgelernt@aclu.org* | |

Cecillia D. Wang*  
American Civil Liberties Union Foundation  
   Immigrants' Rights Project  
39 Drumm Street  
San Francisco, CA 94111  
T: (415) 343-0775  
*cwang@aclu.org*

Justin Cox*  
American Civil Liberties Union Foundation  
   Immigrants' Rights Project  
230 Peachtree Street, NW, Suite 1440  
Atlanta, GA 30303  
T: (404) 523-2721  
*jcox@aclu.org*

\* *pro hac vice* admission

Elliott Ozment (BPR #4331)  
R. Andrew Free (BPR #30513)  
Law Offices of Elliott Ozment  
1214 Murfreesboro Pike  
Nashville, TN 37217  
T: (615) 321-8888  
*elliott@ozmentlaw.com*  
*afree@ozmentlaw.com*

ACLU-TN Cooperating Attorneys

### CERTIFICATE OF SERVICE

     I hereby certify that on January 13, 2012, a copy of the foregoing documents was filed electronically. Parties may access this filing through the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all the following parties:

Kevin C. Klein  
Allison L. Bussell  
Assistant Metropolitan Attorneys  
P.O. Box 196300  
108 Metropolitan Courthouse  
Nashville, TN 37219-6300  

William G. McCaskill, Jr.  
LeVan, Sprader, Patton & McCaskill  
150 Fourth Avenue North, Suite 1020  
Nashville, TN 37219  

Richard C. Mangelsdorf, Jr.  
Brian F. Walthart  
Leitner, Williams, Dooley & Napolitan, PLLC  
414 Union St., Suite 1900  
Bank of America Plaza  
Nashville, TN 37219  

S. Delk Kennedy, Jr.  
Assistant United States Attorney  
110 9th Avenue South, Suite A-961  
Nashville, Tennessee 37203-3870

I hereby certify that on January 13, 2012, a copy of the foregoing documents was filed electronically. Parties may access this filing through the Court's electronic filing system. Notice of this filing will be sent by U.S. Mail to all the following parties:

Steve Orvhall
Office of the Principal Legal Advisor, U.S. ICE
7701 North Stemmons Freeway
Dallas, TX 75247

Wayne Dickey
Jonathon Hendrix
Stephen McCormick
247 Venture Circle
Nashville, TN 37228

Brian Abrahamson
Bradley Epley
Christopher Koshar
Lee Gaines
Eric Lim
Lee Worsham
Christopher Lane
Patrick Hubbard
51 Century Blvd., Ste. 350
Nashville, TN 37214

/s/ Jenna L. Miara
Jenna L. Miara