IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGEL ENRIQUE NUNEZ ESCOBAR, ) <br> JESUS ANTONIO SANCHEZ VILLALOBOS, ) <br> JORGE PALENCIA SARMIENTO, JOSE ) <br> ARSENIO QUINTANILLA GOMEZ, JAVIER ) <br> ORLANDO DERAS, JUAN BAUTISTA ) <br> MENDEZ MARTINEZ, GERARDO MORTEO ) <br> MENDEZ, ISIAS RAXCACO CAJBON, ) <br> EDUARDO CAHUEC GARCIA, MARVIN ) <br> BENJAMIN LOPEZ RAXICO, COSMER ) <br> JUAREZ CAJBON, CARLOS ROBERTO ) <br> MENDEZ MARTINEZ, DAVID SALGADO ) <br> FIGUEROA, KIMBERLY CUSTIS, and ) <br> SHANNON LORIEGA LUCAS, as parent and ) <br> Next friend of her child, B.B., a minor ) <br> ) <br>       Plaintiffs, ) <br> ) <br>       v. ) <br> ) <br> LEE GAINES, Supervisory Detention and ) <br> Deportation Officer, Immigration and Customs ) <br> Enforcement ("ICE") Nashville Fugitive ) <br> Operations Team ("NVLFOT"), ) <br> CHRISTOPHER KOSHAR, ICE Nashville ) <br> Homeland Security Investigations ("NVLHSI") ) <br> Group Supervisor, ICE NVLFOT Deportation ) <br> Officers LEE C. WORSHAM, BRADLEY ) <br> EPLEY, ERIC H. LIM, and BRIAN ) <br> ABRAHAMSON, ICE NVLHSI Senior Special ) <br> Agents PATRICK RYAN HUBBARD, ) <br> JONATHAN ANDREW HENDRIX, and ) <br> STEPHEN F. MCCORMICK, ICE NSVHSI ) <br> Special Agents WAYNE DICKEY and ) <br> CHRISTOPHER LANE, DANIEL HASTINGS, ) <br> ICE Immigration Enforcement Agent, JANE ) <br> DOE ICE AGENTS 1-2, JOHN DOE ICE ) <br> AGENTS 1-13, GARY KEMPER, Sergeant, ) <br> Metropolitan Nashville Police Department ) <br> ("MNPD") Gang Unit, SHAUN HARDIN, ) <br> Detective, MNPD Gang Unit, JANE ROE ) <br> MNPD OFFICERS 1-5, JOHN ROE MNPD ) <br> OFFICERS 1-5, GREYSTAR REAL ESTATE ) | Civil No.: 3:11-cv-0994 <br> Judge Campbell <br> Magistrate Judge Bryant |

| | |
|---|---|
| PARTNERS, LLC, TRITEX REAL ESTATE ADVISORS, TRACY HALL, CRIME SUPPRESSION SERVICES, and PAUL WEST, | ) ) ) ) ) |
| **Defendants.** | ) |

## MOTION FOR EXTENSION OF TIME TO ANSWER

The undersigned entered an appearance on the behalf of twelve agents or officers of the United States Immigration and Customs Enforcement Agency (Federal Defendants) on February 7, 2012. Until that time, the undersigned had no attorney-client relationship with these officers and agents who are sued individually in this cause.

Since February 7, 2012 the undersigned has had the opportunity to meet with these Federal Defendants for the purpose of formulating an Answer to the Complaint and to prepare a defense in this case.

Presently a draft Answer is being formulated on the behalf of the Federal Defendants which will be circulated to the Federal Defendants for review and revision.

To complete this process and fully Answer the 239 paragraphs of the Complaint as stated against these 12 Federal Defendants, and extension of time through and including March 13, 2012 is requested.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By:   s/ S. Delk Kennedy, Jr.
    S. DELK KENNEDY, JR.
    Assistant United States Attorney
    110 Ninth Avenue, South, Suite A-961
    Nashville, Tennessee 37203
    Telephone: 615-736-5151
    B.P.R. #009799
    Email: delk.kennedy@usdoj.gov

2

OF COUNSEL:
STEVE OHRVALL
Associate Legal Advisor
District Court Litigation Division
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
7701 N. Stemmons Frwy, 8th Floor
Dallas, TX  75247

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served via the Court's electronic filing system, this 22nd day of February 2012, upon:

>Elliott Ozment
>R. Andrew Free
>Law Offices of Elliot Ozment
>1214 Murfreesboro Pike
>Nashville, TN  37217
>*Attorney for Plaintiffs*
>
>Richard C. Mangelsdorf, Jr.
>Brian F. Walthart
>Leitner, Williams, Dooley and Napolitan
>414 Union Street, Suite 1900
>Nashville, TN  37219
>*Attorneys for Defendants, Greystar Real Estate Partners, LLC, Tritex Real Estate Advisors, Inc. and Scott Jarvis*

   s/ S. Delk Kennedy, Jr.
S. DELK KENNEDY, JR.
Assistant United States Attorney