# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANGEL ENRIQUE NUNEZ-ESCOBAR, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.   3:11-cv-0994 |
| | ) | CHIEF JUDGE CAMPBELL |
| LEE GAINES, et al., | ) ) | MAGISTRATE JUDGE BRYANT |
| Defendants. | ) | |

To the Clerk of this court and all parties of record:

Enter my appearance as co-counsel in this case for the following named federal Immigration and Customs Enforcement Agents:  Brian Abrahamson, Wayne Dickey, Bradley Epley, Lee Gaines, Daniel Hastings, Jonathan Hendrix, Patrick Hubbard, Christopher Koshar, Christopher Lane, Eric Lim, Stephen McCormick, and Lee Worsham.

Also enter my appearance as co-counsel for the United States Department of Homeland Security – Immigration and Customs Enforcement.

| | |
|---|---|
| October 15, 2012 | s/Michael L. Roden |
| Date | MICHAEL L. RODEN |
| | Assistant United States Attorney |
| | 110 Ninth Avenue South, Suite A-961 |
| | Nashville, Tennessee 37203-3870 |
| | Telephone: (615) 736-5151 |
| | B.P.R. # 010595 |
| | Michael.roden@usdoj.gov |

Of Counsel:

STEVEN G. OHRVALL
Associate Legal Advisor
District Court Litigation Division
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
7701 N. Stemmons Frwy., 8th Floor
Dallas, TX 75247

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served via the Court's electronic filing system, this 15th day of October 2012, upon:

| | |
|---|---|
| Legal Director<br>ACLU Foundation of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>*Attorneys for Plaintiffs* | Elliott Ozment<br>R. Andrew Free<br>Tricia Herzfeld<br>Law Offices of Elliott Ozment<br>1214 Murfreesboro Pike<br>Nashville, TN 37217<br>*ACLU-TN Cooperating Attorneys* |
| Andre Segura<br>Lee Gelemt<br>ACLU IMMIGRANTS' RIGHTS PROJECT<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>*Attorneys for Plaintiffs* | Melissa Ballengee Alexander<br>Bradley, Arant, Boult, Cummings, LLP<br>1600 Division Street<br>Suite 700<br>Nashville, TN 37203-0025<br>*Attorney for Tritex Real Estate Advisors* |
| Cecillia D. Wang<br>ACLU IMMIGRANTS' RIGHTS PROJECT<br>39 Drumm Street<br>San Francisco, CA 94111<br>*Attorney for Plaintiffs* | Allison L. Bussell<br>Christopher M. Lackey<br>Metropolitan Legal Department<br>P.O. Box 196300<br>Nashville, TN 37219<br>*Attorneys for Gary Kemper and Shaun Hardin* |
| Matthew J. Piers<br>Jose J. Behar<br>Jenna L. Miara<br>Cara Hendrickson<br>Hughes, Socol, Piers, Resnick & Dym, Ltd.<br>70 W. Madison St., Suite 4000<br>Chicago, IL 60602<br>*Attorneys for Plaintiff* | Richard C. Mangelsdorf, Jr.<br>Brain F. Walhart<br>Leitner, Williams, Dooley and Napolitan<br>414 Union Street, Suite 1900<br>Nashville, TN 37219<br>*Attorneys for Greystar Real Estate Partner, LLC, Tracy Hall and Tritex Real Estate Advisors* |
| William Gerald McCaskill, Jr.<br>LeVan, Sprader, Patton & McCaskill, PLLC<br>150 Fourth Avenue North<br>Suite 1020<br>Nashville, TN 37219<br>*Attorney for Crime Suppression Services and Paul West* | Justin Cox<br>ACLU Immigrants' Right Project<br>230 Peachtree Street, NW<br>Atlanta, GA 30303<br>*Attorneys for Plaintiffs* |

                                          s/ Michael L. Roden<br>                                          MICHAEL L. RODEN<br>                                          Assistant United States Attorney