ORDER:
Motion granted.
John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANGEL ENRIQUE NUNEZ ESCOBAR, )
JESUS ANTONIO SANCHEZ VILLALOBOS, )
JORGE PALENCIA SARMIENTO, JAVIER )
ORLANDO DERAS, JUAN BAUTISTA )
MENDEZ MARTINEZ, GERARDO MORTEO )
MENDEZ, ISIAS RAXCACO CAJBON, )
EDUARDO CAHUEC GARCIA, MARVIN )
BENJAMIN LOPEZ RAXICO, COSMER )
JUAREZ CAJBON, CARLOS ROBERTO )
MENDEZ MARTINEZ, DAVID SALGADO )
FIGUEROA, KIMBERLY CUSTIS, and )
SHANNON LORIEGA LUCAS, as parent and )
Next friend of her child, B.B., a minor )
)
       Plaintiffs, )
)
    v. ) Civil No.: 3:11-cv-0994
) Judge Campbell
LEE GAINES, Supervisory Detention and ) Magistrate Judge Bryant
Deportation Officer, Immigration and Customs )
Enforcement ("ICE") Nashville Fugitive )
Operations Team ("NVLFOT"), )
CHRISTOPHER KOSHAR, ICE Nashville )
Homeland Security Investigations ("NVLHSI") )
Group Supervisor, ICE NVLFOT Deportation )
Officers LEE C. WORSHAM, BRADLEY )
EPLEY, ERIC H. LIM, and BRIAN )
ABRAHAMSON, ICE NVLHSI Senior Special )
Agents PATRICK RYAN HUBBARD, )
JONATHAN ANDREW HENDRIX, and )
STEPHEN F. MCCORMICK, ICE NSVHSI )
Special Agents WAYNE DICKEY and )
CHRISTOPHER LANE, DANIEL HASTINGS, )
ICE Immigration Enforcement Agent, JANE )
DOE ICE AGENTS 1-2, JOHN DOE ICE )
AGENTS 1-13, GARY KEMPER, Sergeant, )
Metropolitan Nashville Police Department )
("MNPD") Gang Unit, SHAUN HARDIN, )
Detective, MNPD Gang Unit, JANE ROE )
MNPD OFFICERS 1-5, JOHN ROE MNPD )
OFFICERS 1-5, GREYSTAR REAL ESTATE )
PARTNERS, LLC, TRITEX REAL ESTATE )

| | |
|---|---|
| ADVISORS, TRACY HALL, CRIME SUPPRESSION SERVICES, and PAUL WEST, | ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANT'S MOTION FOR LEAVE TO SUBSTITUTE PREVIOUSLY FILED DOCUMENT

COMES NOW the undersigned Assistant United States Attorneys and hereby requests to substitute a previously filed document with a redacted copy. Defendant inadvertently filed the document with personal identifiers.

THEREFORE, should this Court grant this motion, Defendant respectfully requests that the attached redacted copy of Docket Entry No. 196-1, be substituted for the previously filed document.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By: _s/ S. Delk Kennedy, Jr._
S. DELK KENNEDY, JR.
B.P.R. #009799
Assistant United States Attorney
110 Ninth Avenue, South, Suite A-961
Nashville, TN 37203
Telephone: (615) 736-5151
Email: delk.kennedy@usdoj.gov