IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGEL ENRIQUE NUNEZ ESCOBAR, et. al., ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | No. 3:11-cv-00994 |
| v. ) | Judge Campbell/Bryant |
| ) | |
| LEE GAINES, et. al., ) | JURY DEMAND |
| ) | |
| **Defendants** ) | |
| ) | |

## NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF GREYSTAR REAL ESTATE PARTNERS, LLC, GREYSTAR MANAGEMENT SERVICES, LP, TRITEX REAL ESTATE ADVISORS, INC., TRIMONT REAL ESTATE ADVISORS, INC., AND TRACY HALL

Comes D. Randall Mantooth, attorney with the firm of Leitner, Williams, Dooley & Napolitan, PLLC, counsel of record for Defendants Greystar Real Estate Partners, LLC, Greystar Management Services, LP, TriTex Real Estate Advisors, Inc., Trimont Real Estate Advisors, Inc., and Tracy Hall, and hereby gives notice of his entry of appearance as one of the attorneys for the above-mentioned defendants in place of Brian F. Walthart, formerly an attorney with Leitner, Williams, Dooley & Napolitan. The undersigned respectfully requests that he be added to the court's distribution list and Attorney Walthart be removed from same.

N:\DATA\Docs\006534\000036\02520476.DOC

Respectfully submitted,

**LEITNER, WILLIAMS, DOOLEY
 & NAPOLITAN, PLLC**

By: s/D. Randall Mantooth
  **D. Randall Mantooth**
  BPRN 013875
  Bank of America Plaza
  414 Union Street, Suite 1900
  Nashville, Tennessee  37219-1782
  (615) 255-7722
  Email:  randy.mantooth@leitnerfirm.com

  Attorneys for Defendants Greystar Real Estate Partners, LLC, Greystar Management Services, LP, TriTex Real Estate Advisors, Inc., Trimont Real Estate Advisors, Inc., and Tracy Hall

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on those below via electronic means via the Court's electronic filing system to

| | |
|---|---|
| Elliott Ozment<br>R. Andrew Free<br>Tricia Herzfeld<br>Law Offices of Elliott Ozment<br>1214 Murfreesboro Pike<br>Nashville, TN 37217<br>elliott@ozmentlaw.com<br>tricia@ozmentlaw.com<br>afree@ozmentlaw.com | Cecillia D. Wang<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION IMMIGRANTS'<br>RIGHTS PROJECT<br>39 Drumm Street<br>San Francisco, California 94111<br>cwang@aclu.org |
| Andre Segura<br>Lee Gelernt<br>Justin Cox<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION IMMIGRANTS'<br>RIGHTS PROJECT<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>asegura@aclu.org<br>jcox@aclu.org<br>lgelert@aclu.org | Matthew J. Piers<br>Jose J. Behar<br>Jenna L. Miara<br>Cara A. Hendrickson<br>Hughes, Socol, Piers, Resnick & Dym, Ltd.<br>70 W. Madison St., Suite 4000<br>Chicago, IL 60602<br>mpiers@hsplegal.com<br>jbehar@hsplegal.com<br>chendrickson@hsplegal.com<br>jmiara@hsplegal.com |
| Allison L. Bussell<br>Christopher M. Lackey<br>R. Alex Dickerson<br>P.O. Box 196300<br>Nashville, TN 37219<br>allison.bussell@nashville.gov<br>chris.lackey@nashville.gov<br>alex.dickerson@nashville.gov | William G. McCaskill, Jr.<br>LeVan, Spader, Patton & McCaskill<br>150 Fourth Avenue North, Suite 1020<br>Nashville, TN 37219<br>jmccaskill@lsplaw.net |

S. Delk Kennedy
Office of the United States Attorney
110 Ninth Avenue South
Suite A961
Nashville, TN 37203-3870
delk.kennedy@usdoj.gov
michael.roden@usdoj.gov

This the 24th day of January, 2013.

                                                    **s/D. Randall Mantooth**
                                                    **D. Randall Mantooth**