# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| ANGEL ENRIQUE NUNEZ ESCOBAR, et. al., | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 3:11-cv-00994** |
| v. | ) | **Judge Campbell/Bryant** |
| | ) | |
| LEE GAINES, et. al., | ) | **JURY DEMAND** |
| | ) | |
| **Defendants** | ) | |
| | ) | |

## NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF GREYSTAR REAL ESTATE PARTNERS, LLC, GREYSTAR MANAGEMENT SERVICES, LP, TRITEX REAL ESTATE ADVISORS, INC., TRIMONT REAL ESTATE ADVISORS, INC., AND TRACY HALL

Comes Leighann D. Ness, attorney with the firm of Leitner, Williams, Dooley & Napolitan, PLLC, counsel of record for Defendants Greystar Real Estate Partners, LLC, Greystar Management Services, LP, TriTex Real Estate Advisors, Inc., Trimont Real Estate Advisors, Inc., and Tracy Hall, and hereby gives notice of her entry of appearance as one of the attorneys for the above-mentioned defendants. The undersigned respectfully requests that she be added to the court's distribution list.

Respectfully submitted,

**LEITNER, WILLIAMS, DOOLEY
  & NAPOLITAN, PLLC**


By:   /s/Leighann D. Ness          
       **Richard C. Mangelsdorf, Jr.**
       BPRN 013875
       **D. Randall Mantooth**
       BPRN 013875
       **Leighann D. Ness**
       BPRN 031246
       Bank of America Plaza
       414 Union Street, Suite 1900
       Nashville, Tennessee 37219-1782
       (615) 255-7722
       Email: leighann.ness@leitnerfirm.com

       Attorneys for Defendants Greystar Real Estate
       Partners, LLC, Greystar Management
       Services, LP, TriTex Real Estate Advisors,
       Inc., Trimont Real Estate Advisors, Inc., and
       Tracy Hall

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on those below via electronic means via the Court's electronic filing system to

Elliott Ozment
R. Andrew Free
Tricia Herzfeld
Law Offices of Elliott Ozment
1214 Murfreesboro Pike
Nashville, TN 37217
elliott@ozmentlaw.com
tricia@ozmentlaw.com
afree@ozmentlaw.com

Andre Segura
Lee Gelernt
Justin Cox
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION IMMIGRANTS'
RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004
asegura@aclu.org
jcox@aclu.org
lgelert@aclu.org

 Allison L. Bussell
Christopher M. Lackey
R. Alex Dickerson
P.O. Box 196300
Nashville, TN 37219
allison.bussell@nashville.gov
chris.lackey@nashville.gov
alex.dickerson@nashville.gov

S. Delk Kennedy
Office of the United States Attorney
110 Ninth Avenue South
Suite A961
Nashville, TN 37203-3870
delk.kennedy@usdoj.gov
michael.roden@usdoj.gov

Cecillia D. Wang
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION IMMIGRANTS'
RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
cwang@aclu.org

Matthew J. Piers
Jose J. Behar
Jenna L. Miara
Cara A. Hendrickson
Hughes, Socol, Piers, Resnick & Dym, Ltd.
70 W. Madison St., Suite 4000
Chicago, IL 60602
mpiers@hsplegal.com
jbehar@hsplegal.com
chendrickson@hsplegal.com
jmiara@hsplegal.com

William G. McCaskill, Jr.
LeVan, Spader, Patton & McCaskill
150 Fourth Avenue North, Suite 1020
Nashville, TN 37219
jmccaskill@lsplaw.net

This the 9th day of April, 2013.

**/s/ Leighann D. Ness**
**Leighann D. Ness**

3

N:\DATA\Docs\006534\000036\02650653.DOC