IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANGEL ENRIQUE NUNEZ ESCOBAR, et al., )
)
        Plaintiffs, )
)
v. ) No. 3: 11-cv-994
) Judge Campbell/Bryant
LEE GAINES, et. al., )
)
        Defendants. )
)

### ~~PROPOSED~~ AMENDED CASE MANAGEMENT ORDER

The Amended Case Management Order entered on November 7, 2012 (see ECF No. 204) is amended as set forth below.

1. All discovery shall be completed by close of business **February 12, 2014**. All written discovery shall be submitted in sufficient time so that the response shall be in hand by **January 15, 2014**.

2. Any motion to amend the pleadings or join parties shall be filed by **January 8, 2014**.

3. Plaintiffs shall identify their expert witnesses by **November 6, 2013**. Defendants shall identify their expert witnesses by **December 11, 2013**. Any and all expert depositions shall be completed by **February 12, 2014**.

4. All dispositive motions shall be filed by close of business **March 26, 2014** and responses thereto shall be filed by close of business **April 30, 2014**. Any reply shall be filed by close of business **May 14, 2014**.

5. Additional case management conferences by telephone shall be heard on September 9, 2013 ~~and December 9, 2013~~ at 11:00 a.m. and on December 17, 2013, at 11:00 a.m. Counsel shall call (615)695-2857 to participate.

6. By **December 3, 2013**, counsel and clients are required to have a face-to-face meeting to discuss whether this case can be resolved without further discovery proceedings.

7. The parties request that this action be set for trial on **August 12, 2014.** If this action is settled, the Law Clerk shall be notified by noon, **August 11, 2014.**

8. The parties request that the pretrial conference be set on **July 28, 2014.**

9. Any provisions of the Initial Case Management Order (ECF No. 136) and Amended Case Management Order (ECF No. 204) not explicitly addressed herein remain unchanged by this Order.

*The undersigned Magistrate Judge recommends that the trial of this case be rescheduled to August 19, 2014.*

It is so **ORDERED.**

**ENTERED** this the 17th day of June, 2013.

JOHN S. BRYANT
United States Magistrate Judge