IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| ANGEL ENRIQUE NUÑEZ ESCOBAR, *et al.*, ) | | |
| ) | | |
| *Plaintiffs,* ) | Case No. 3:11-cv-994 | |
| ) | | |
| v. ) | Judge Campbell | |
| ) | Magistrate Judge Bryant | |
| LEE GAINES, *et al.*, ) | | |
| ) | | |
| *Defendants*. ) | Jury Demand | |

## NOTICE OF FILING

Plaintiffs, through counsel, hereby give Notice of Filing the following attachments, Exhibits to the Declaration of R. Andrew Free, ECF No. 280-1.

1. Exhibit A, true and correct copies of CSS0117, 119.

2. Exhibit B, a true and correct copy of GSTT00009.

3. Exhibit C, a true and correct copy of GSTT00008.

4. Exhibit D, a true and correct copy of GSTT00774.

5. Exhibit E, a true and correct copy of GSTT01131.

6. Exhibit F, a true and correct copy of CSS0038.

7. Exhibit G, a true and correct copy of CSS0045.

8. Exhibit H, a true and correct copy of REVISED _REDACTED _ICE_SUBPOENA_00460.

9. Exhibit I, a true and correct copy of GSTT00019.

10. Exhibit J, a true and correct copy of Defendant Paul West's Answers to Plaintiffs Interrogatory Numbers 1 and 7.

11. Exhibit K, a true and correct copy of GSTT00020.

12. Exhibit L, a true and correct copy of GSTT14412.

13. Exhibit M, a true and true and correct copy of an excerpt from the deposition of Jim Jerrell.

14. Exhibit N, a true and correct copy of GSTT00780.

Dated: August 16, 2013

Respectfully submitted,

/s R. Andrew Free
R. Andrew Free, BPRN 30513

| | |
|---|---|
| Elliott Ozment | Andre Segura |
| Tricia Herzfeld | Justin Cox |
| R. Andrew Free | Lee Gelernt |
| Ozment Law | ACLU Foundation Immigrants' Rights Project |
| 1214 Murfreesboro Pike | 125 Broad Street, 18th Floor |
| Nashville, TN 37217 | New York, New York 10004 |
| T: (615) 321-8888 | T: (212) 549-2660 |
| elliott@ozmentlaw.com | asegura@aclu.org |
| tricia@ozmentlaw.com | jcox@aclu.org |
| afree@ozmentlaw.com | lgelernt@aclu.org |
| | |
| Cecillia D. Wang | Thomas H. Castelli |
| ACLU Foundation Immigrants' Rights Project | ACLU Foundation of Tennessee |
| 39 Drumm Street | P.O. Box 120160 |
| San Francisco, California 94111 | Nashville, TN 37212 |
| T: (415) 343-0775 | T: (615) 320-7142 |
| cwang@aclu.org | tcastelli@aclu-tn.org |

ATTORNEYS FOR JAVIER ORLANDO DERAS, JUAN BAUTISTA MENDEZ MARTINEZ, IASIAS RAXCACO CAJBON, EDUARDO CAHUEC GARCIA, MARVIN BENJAMIN LOPEZ RAXCACO, COSMER JUAREZ CAJBON, CARLOS ROBERTO MENDEZ MARTINEZ, KIMBERLY CUSTIS, AND SHANNON NORIEGA LUCAS, as parent and next friend of her child, B.B.

| | |
|---|---|
| Matthew J. Piers | Elliott Ozment |
| José J. Behar | Tricia Herzfeld |
| Cara A. Hendrickson | R. Andrew Free |
| Jenna L. Miara | Ozment Law |
| Caryn C. Lederer | 1214 Murfreesboro Pike |
| Hughes, Socol, Piers, Resnick & Dym, Ltd. | Nashville, TN 37217 |
| 70 W. Madison St., Suite 4000 | T: (615) 321-8888 |
| Chicago, IL 60602 | elliott@ozmentlaw.com |
| T: (312) 580-0100 | tricia@ozmentlaw.com |
| mpiers@hsplegal.com | afree@ozmentlaw.com |
| jbehar@hsplegal.com | |
| chendrickson@hsplegal.com | |
| jmiara@hsplegal.com | |
| clederer@hsplegal.com | |

ATTORNEYS FOR ANGEL ENRIQUE NUNEZ ESCOBAR, DAVID SALGADO FIGUEROA, GERARDO MORTEO MENDEZ, JESUS ANTONIO SANCHEZ VILLALOBOS, AND JORGE PALENCIA SARMIENTO

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be served to counsel listed below by CM/ECF on August 16, 2013.

Sam Delk Kennedy, Jr.
Michael L. Roden
Office of the United States Attorney (MDTN)
110 Ninth Avenue, S
Suite A961
Nashville, TN 37203-3870
Delk.kennedy@usdoj.gov
Michael.roden@usdoj.gov

Allison L. Bussell
Christopher M. Lackey
R. Alex Dickerson
Metropolitan Legal Department
P.O. Box 196300
Nashville, TN 37219
Allison.bussell@nashville.gov
Chris.lackey@nashville.gov
Alex.dickerson@nashville.gov

Richard C. Mangelsdorf, Jr.
D. Randall Mantooth
Leighann Ness
Leitner, Williams, Dooley, and Napolitan
414 Union Street, Suite 1900
Nashville, TN 37219
Chuck.mangelsdorf@leitnerfirm.com
Randy.mantooth@leitnerfirm.com
Leighann.ness@leitnerfirm.com

William Gerald McCaskill, Jr.
LeVan, Sprader, Patton & McCaskill PLLC
201 Fourth Avenue, N
Suite 1020
Nashville, TN 37219
jmccaskill@lsplaw.net

/s R. Andrew Free
One of Plaintiffs' Attorneys