IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ANGEL ENRIQUE NUNEZ ESCOBAR, *et al.*, | ) | |
|---|---|---|
| *Plaintiffs.* | ) | Civil Action No. 3:11-cv-994 |
| v. | ) | |
| LEE GAINES, *et al.*, | ) | Judge Campbell/ Bryant |
| | ) | JURY DEMAND |
| *Defendants.* | ) | |

## STIPULATED ORDER REGARDING ATTORNEYS FEES AND COSTS

Plaintiffs, by their Counsel, and nonparty Immigrations and Customs Enforcement ("ICE") (referred to herein as the "Parties to the Stipulation"), having agreed to entry of this Stipulated Order Regarding Attorneys Fees and Costs for the purpose of settling Plaintiffs' Application for Fees and Expenses Under Fed.R.Civ.P. 37(b)(2)(c), Dckt. 271, it is HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. On June 17, 2013, the Court in the above-captioned matter issued a Memorandum Opinion and Order, granting Plaintiffs' Motion for Sanctions. Dckt. 266. Specifically, the Court ordered that "Pursuant to Rule 37(b)(2)(c), nonparty ICE shall pay to Plaintiffs their reasonable attorneys' fees and expenses incurred with respect to Plaintiffs' motion to compel production of documents and Plaintiffs' motion for an order to show cause and for sanctions." Dckt. 266.

2. Following the Court's ruling and pursuant to Fed.R.Civ.P. 37, Plaintiffs filed Plaintiffs' Application for Fees and Expenses Under Fed.R.Civ.P. 37(b)(2)(c), in the above-

captioned matter on July 3, 2013 ("Plaintiffs' Application for Fees"). Dckt. 271. ICE filed a Response to Plaintiffs' Application for Fees on August 1, 2013, Dckt. 276, and Plaintiffs filed a Reply in Further Support of the Application for Fees on August 22, 2013, Dckt. 282. The Parties to the Stipulation now wish to settle and compromise Plaintiffs' pending claim for attorney's fees and expenses.

3. In exchange for the promises contained in this Stipulation, ICE agrees to pay Plaintiffs' counsel, no later than September 27, 2013, the sum of $75,000. ICE agrees that such payment shall be made by issuing checks to Plaintiff's counsel as follows: $61,420.99 to Hughes Socol Piers Resnick & Dym, Ltd; $9,313.79 to the ACLU Immigrants Rights Project; and $4,265.22 to the Ozment Law Office.

4. Plaintiffs, by their counsel, will accept $75,000 from ICE as full settlement and release of all claims for attorneys' fees and costs set out in the Application for Fees and Costs. This Stipulated Order does not discharge any claims Plaintiffs may have for any attorneys' fees and costs other than those fees and costs that are related to Plaintiffs' motion to compel production and motion for an order to show cause, which are specifically enumerated in Plaintiffs' Application For Fees. The Parties specifically agree that this Agreement does not in any way settle or compromise Plaintiffs' claims for attorneys' fees and costs otherwise incurred in the above-captioned matter.

5. By consent of the Parties to the Stipulation, the Court shall retain jurisdiction of this matter for the purpose of enforcing the terms of the Stipulated Order.

6. The person or persons executing this Stipulation for and on behalf of the respective Parties to the Stipulation represent that they have the full right, power and authority to bind said Parties to the Stipulation in and on their behalf.

7. This Stipulated Order shall be binding upon and inure to the benefit of the Parties to the Stipulation and their respective legal representatives, estates, trustees, successors and assigns.

ENTERED this 3rd day of September, 2013.

_____
Hon. John S. Bryant
United States Magistrate Judge

AGREED FOR ENTRY:

/s/ Cara Hendrickson
Matthew J. Piers
José J. Behar
Cara A. Hendrickson
Jenna L. Miara
Caryn C. Lederer
Hughes, Socol, Piers, Resnick & Dym, Ltd.
70 W. Madison St., Suite 4000
Chicago, IL 60602
(312) 580-0100

Andre Segura
Lee Gelernt
Justin Cox
ACLU Foundation Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2660

Cecillia D. Wang
ACLU Foundation Immigrants' Rights Project
39 Drumm Street
San Francisco, California 94111
(415) 343-0775

3

Elliott Ozment
Tricia Herzfeld
R. Andrew Free
Law Offices of Elliott Ozment
1214 Murfreesboro Pike
Nashville, TN 37217
(615) 321-8888
*Counsel for the Plaintiffs*

/s/ Michael Roden
Michael Roden
S. Delk Kennedy, Jr.
Assistant United States Attorney
110 Ninth Avenue, South
Suite A-961
Nashville, TN 37203-3870
*Counsel for Nonparty Immigration and Customs Enforcement*

4