UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANGEL ENRIQUE NUNEZ ESCOBAR, et al. )
)
v. ) NO. 3:11-0994
) JUDGE CAMPBELL
LEE GAINES, et al. )

ORDER

Pending before the Court is a Motion for Stay Because of Lapse of Appropriations (Docket No. 301). The Motion is MOOT.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE