IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGEL ENRIQUE NUNEZ ESCOBAR, *et al.*, | ) |
| | ) Civil Action No. 3:11-cv-994 |
| *Plaintiffs.* | ) |
| | ) |
| *v.* | ) Judge Campbell/Bryant |
| | ) |
| LEE GAINES, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

**NOTICE OF SCHEDULED APPEARANCE FOR TRIAL TESTIMONY**

Trial in this matter currently is set to commence on August 12, 2014. The following individuals are plaintiffs in this litigation, and are scheduled to appear to testify during the trial: Angel Enrique Nuñez Escobar, Jesus Antonio Sanchez Villalobos, Jorge Palencia Sarmiento, Javier Orlando Deras, Juan Bautista Mendez Martinez, Gerardo Morteo Mendez, Isaias Raxcaco Cajbon, Eduardo Cahuec Garcia, Marvin Benjamin Lopez Raxcaco, Cosmer Juarez Cajbon, Carlos Roberto Mendez Martinez, David Salgado Figueroa, Kimberly Custis, and B.B., a Minor.

SIGNED and ENTERED this 28th day of January, 2014

U.S. Magistrate Judge John S. Bryant