> ORDER:
>
> It appears from this notice that the parties have resolved the disputes that prompted the filing of plaintiffs' motion to compel (Docket Entry No. 310).
>
> Accordingly, the Clerk is directed to terminate Docket Entry No. 310 as moot.
>
> John Bryant, USMJ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANGEL ENRIQUE NUNEZ ESCOBAR, et al., | )<br>)<br>) |
| Plaintiffs, | ) No. 3: 11-cv-994<br>) |
| v. | ) Judge Campbell/Bryant<br>) |
| LEE GAINES, et al., | )<br>) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL NON-PARTY ICE TO PRODUCE UN-REDACTED DOCUMENTS

Plaintiffs, by and through their counsel, hereby give notice to the Court that they withdraw their previously-filed Plaintiffs' Motion to Compel Non-Party ICE to Produce Un-Redacted Documents [Dkt. No. 310]. Plaintiffs have resolved their disputes with ICE concerning the documents at issue in that motion, and state as follows:

1. On December 16, 2013, Plaintiffs filed Plaintiffs' Motion to Compel Non-Party ICE to Produce Un-Redacted Documents [Dkt. 310], seeking the Court to compel ICE to remove the redacted information on twenty documents and produce those documents to Plaintiffs in their un-redacted forms.

2. Since that time, ICE has removed the redactions on many of the documents referenced in Plaintiffs' motion and reproduced those documents to Plaintiffs or has explained the reasons for maintaining the redactions on certain documents.

3. On January 31, 2014, counsel for Plaintiffs and counsel for ICE resolved their remaining disputes concerning the documents at issue in Plaintiffs' Motion to Compel Non-Party ICE to Produce Un-Redacted Documents [Dkt. 310].