UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANGEL ENRIQUE NUNEZ ESCOBAR, et al. )
)
v. ) NO. 3:11-0994
) JUDGE CAMPBELL
LEE GAINES, et al. )

ORDER

Pending before the Court are Plaintiffs' Motion for Testimony in Open Court by Contemporaneous Transmission Pursuant to Federal Rule of Civil Procedure 43 (Docket No. 326) and related Motion to Ascertain Status (Docket No. 348). The Defendants have not filed responses.

The Motion for Testimony in Open Court by Contemporaneous Transmission (Docket No. 326) is DENIED. The Court does not have the technical infrastructure to accommodate the request for trial in terms of access, reliability and quality.

The parties are authorized to take remote depositions of any out-of-country witnesses for testimony at trial. The Magistrate Judge shall decide any scheduling issues or related matters.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE