IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANGEL ENRIQUE NUNEZ ESCOBAR,  )
et al.                          )
                                ) NO. 3-11-0994
v.                              ) JUDGE CAMPBELL
                                )
LEE GAINES, et al.              )

ORDER

Pending before the Court is Plaintiffs' Motion for Leave to File Reply (Docket No. 471). The Motion is GRANTED, and the Clerk is directed to file the Reply brief attached to the Motion.

IT IS SO ORDERED.

                                                                                            _____
                                                                                            TODD J. CAMPBELL
                                                                                            UNITED STATES DISTRICT JUDGE