IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGEL ENRIQUE NUNEZ ESCOBAR, *et al.*, | ) |
| *Plaintiffs.* | ) Civil Action No. 3:11-cv-994 |
| v. | ) |
| | ) Judge Campbell/ Bryant |
| LEE GAINES, *et al.*, | ) |
| *Defendants.* | ) |

**UNOPPOSED MOTION FOR AMENDED NOTICE OF SCHEDULED
APPEARANCE TO TESTIFY DURING TRIAL**

Plaintiffs file this unopposed Motion for Amended Notice of Scheduled Appearance to Testify During Trial, respectfully requesting that the Court enter an order to provide notice to federal immigration authorities that Plaintiffs are scheduled to appear to testify during the trial in this matter, which has been rescheduled to commence on December 2, 2014. (Dkt. No. 466). In support of this motion, Plaintiffs state as follows:

1. On January 18, 2014, the Court entered a Notice of Scheduled Appearance for Trial Testimony for trial to commence on August 12, 2014. (Dkt. No. 331).

2. On May 22, 2014, Judge Campbell continued the trial to December 2, 2014. (Dkt. No. 466).

3. As set forth in Plaintiffs' previous Motion for Notice of Scheduled Appearance to Testify During Trial (Dkt. No. 325), the amended notice is necessary to facilitate

1

applications for humanitarian parole by those Plaintiffs residing abroad at the time of trial to permit them to enter the United States to appear in person for trial.[1]

WHEREFORE, Plaintiffs respectfully request that the Court enter a court order that will provide notice that Plaintiffs are parties in this litigation and that they are scheduled to appear to testify at trial. For the Court's consideration, a proposed notice is attached hereto as Exhibit A. Counsel for each of the Defendants has been provided with a copy of this Motion and Exhibit A and do not oppose this motion being granted.

Dated: June 5, 2014

                                              Respectfully submitted,

                                              /s/ Jenna L. Miara
                                              One of Plaintiffs' Attorneys

| | |
|---|---|
| Elliott Ozment | Andre Segura |
| Tricia Herzfeld | Justin Cox |
| Law Offices of Elliott Ozment | Lee Gelernt |
| 1214 Murfreesboro Pike | ACLU Foundation Immigrants' Rights Project |
| Nashville, TN 37217 | 125 Broad Street, 18th Floor |
| T: (615) 321-8888 | New York, New York 10004 |
| elliott@ozmentlaw.com | T: (212) 549-2660 |
| tricia@ozmentlaw.com | asegura@aclu.org |
| | jcox@aclu.org |
| | lgelernt@aclu.org |

---

[1] Although the majority of Plaintiffs currently reside in the United States, some Plaintiffs may not be residing in the United States as of December 2014, and, for that reason, Plaintiffs request that the court enter a single order that provides notice to immigration officials that all named Plaintiffs are parties to this litigation and that all are scheduled to testify at trial. While there is a general scheduling order in place indicating the anticipated trial date, the Plaintiffs respectfully request notice specifying that each Plaintiff is scheduled to appear in person during the days set for trial.

Cecillia D. Wang
ACLU Foundation Immigrants' Rights Project
39 Drumm Street
San Francisco, California 94111
T: (415) 343-0775
cwang@aclu.org

Thomas H. Castelli
ACLU Foundation of TN
P.O. Box 120160
Nashville, TN 37212
T: (615) 320-7142
tcastelli@aclu-tn.org

ATTORNEYS FOR JAVIER ORLANDO DERAS, JUAN BAUTISTA MENDEZ MARTINEZ, ISAIAS RAXCACO CAJBON, EDUARDO CAHUEC GARCIA, MARVIN BENJAMIN LOPEZ RAXCACO, COSMER JUAREZ CAJBON, CARLOS ROBERTO MENDEZ MARTINEZ, KIMBERLY CUSTIS, AND SHANNON NORIEGA LUCAS, as parent and next friend of her child, B.B.

Matthew J. Piers
José J. Behar
Jenna L. Miara
Caryn C. Lederer
Hughes, Socol, Piers, Resnick & Dym, Ltd.
70 W. Madison St., Suite 4000
Chicago, IL 60602
T: (312) 580-0100
mpiers@hsplegal.com
jbehar@hsplegal.com
jmiara@hsplegal.com
clederer@hsplegal.com

Elliott Ozment
Tricia Herzfeld
Law Offices of Elliott Ozment
1214 Murfreesboro Pike
Nashville, TN 37217
T: (615) 321-8888
elliott@ozmentlaw.com
tricia@ozmentlaw.com

ATTORNEYS FOR ANGEL ENRIQUE NUNEZ ESCOBAR, DAVID SALGADO FIGUEROA, GERARDO MORTEO MENDEZ, JESUS ANTONIO SANCHEZ VILLALOBOS, AND JORGE PALENCIA SARMIENTO

## CERTIFICATE OF SERVICE

I, Jenna L. Miara, one of the attorneys for the Plaintiffs, certify that I caused a copy of to be served by CM/ECF on counsel listed below on June 5, 2014.

| | |
|---|---|
| Michael L. Roden<br>S. Delk Kennedy<br>Office of the United States Attorney<br>(MDTN)<br>110 Ninth Avenue, S., Suite A-961<br>Nashville, Tennessee 37203<br>delk.kennedy@usdoj.gov<br>michael.roden@usdoj.gov<br><br>Richard C. Mangelsdorf, Jr.<br>D. Randall Mantooth<br>Leighann D. Ness<br>Brian Walthart<br>Leitner, Williams, Dooley, and Napolitan<br>414 Union Street, Suite 1900<br>Nashville, TN 37219<br>Chuck.mangelsdorf@leitnerfirm.com<br>randy.mantooth@leitnerfirm.com<br>leighann.ness@leitnerfirm.com<br>brian.walthart@leitnerfirm.com | Allison L. Bussell<br>James Robinson<br>R. Alex Dickerson<br>Metropolitan Legal Department<br>P.O. Box 196300<br>Nashville, TN 37219<br>Allison.bussell@nashville.gov<br>James.robinson@nashville.gov<br>Alex.dickerson@nashville.gov |

                                                      /s/ Jenna L. Miara
                                                      One of Plaintiffs' Attorneys