IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANGEL ENRIQUE NUNEZ ESCOBAR, et. al.,       )
                                            )
          Plaintiffs,                       )
                                            )     No. 3:11-cv-00994
     v.                                     )     Judge Campbell
                                            )     Magistrate Judge Bryant
LEE GAINES, et. al.,                        )
                                            )     Jury Demand
          Defendants                        )
                                            )

*ORDER:*
*Motion granted.*
*John Bryant,*
*USMJ*

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for defendants TriTex Real Estate Advisors, Inc. and Trimont

Real Estate Advisors, Inc. hereby moves for admission to appear *pro hac vice* in this action.  I

certify that I am a member in good standing from the United States District Court for the

Northern District of Illinois.  Attached is a Certificate of Good Standing from that Court.

Respectfully submitted,

By: _____
      John T. Roache

John T. Roache
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
Telephone:  (312) 372-1121
john.roache@klgates.com