# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| ANGEL ENRIQUE NUNEZ ESCOBAR, et al., | ) ) ) | |
| | ) | **Case No. 3:11-cv-994** |
| Plaintiffs, | ) | |
| | ) | **Judge Campbell** |
| v. | ) | **Magistrate Judge Bryant** |
| | ) | |
| LEE GAINES et al., | ) | |
| | ) | |
| Defendants. | | |

## NOTICE OF APPEARANCE

Keli J. Oliver hereby enters her appearance in this case as counsel of record for Defendants Gary Kemper and Shaun Hardin.

Respectfully submitted,

THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
SAUL SOLOMON (#11689)
DIRECTOR OF LAW


/s/ Keli J. Oliver
Keli J. Oliver (#21023)
James E. Robinson (#24680)
Melissa Roberge (#26230)
Assistant Metropolitan Attorneys
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing has been served electronically, via the CM/ECF filing system, on the 3rd day of March, 2015 to:

| | |
|---|---|
| Andre Segura<br>Lee Gelernt<br>ACLU<br>125 Broad Street, 18th Floor<br>New York, NY 10004 | Cecillia D. Wang<br>ACLU<br>39 Drumm Street<br>San Francisco, CA 94111 |
| Harry Elliott Ozment<br>Tricia Herzfeld<br>Law Offices of Elliott Ozment<br>1214 Murfreesboro Pike<br>Nashville, TN 37217 | Matthew J. Piers<br>José J. Behar<br>Jenna L. Miara<br>Caryn C. Lederer<br>Hughes, Socol, Piers, Resnick & Dym, Ltd.<br>70 W Madison Street, Suite 4000<br>Chicago, IL 60602 |
| Sam Delk Kennedy, Jr.<br>Michael L. Roden<br>Office of the United States Attorney<br>110 Ninth Ave. S, Suite A961<br>Nashville, TN 37203-3870 | Justin B. Cox<br>ACLU Foundation<br>1989 College Avenue NE<br>Atlanta, GA 30317 |
| Richard C. Mangelsdorf<br>D. Randall Mantooth<br>Leighann Ness<br>Brian Walthart<br>Leitner, Williams, Dooley & Napolitan, PLLC<br>414 Union St., Suite 1900<br>Bank of America Plaza<br>Nashville, TN 37219 | Thomas H. Castelli<br>ACLU Foundation of TN<br>P.O. Box 120160<br>Nashville, TN 37212 |
| John T. Roache<br>Paul F. Hancock<br>K&L Gates LLP<br>70 W Madison Street, Suite 3100<br>Chicago, IL 60602-4207 | Michael W. Skojek<br>Ballard & Spahr LLP<br>300 E. Lombard Street, 18th Floor<br>Baltimore, MD 21202 |

                          /s/Keli J. Oliver
                          Keli J. Oliver

2