IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ANGEL ENRIQUE NUNEZ ESCOBAR, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| LEE GAINES et al., | ) ) ) |
| Defendants. | ) |

Case No. 3:11-cv-994

Judge Campbell
Magistrate Judge Bryant

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendants Gary Kemper and Shaun Hardin ("Defendants") hereby move for Keli J. Oliver and Melissa Roberge of the Department of Law to be substituted as counsel for Defendants in place of Allison L. Bussell, Christopher M. Lackey, and R. Alex Dickerson. For cause, Ms. Oliver and Ms. Roberge would show that Ms. Bussell has departed from the Department of Law, and Mr. Dickerson has been reassigned to another litigation team. Mr. Lackey has not been assigned to this matter for some time. Therefore, Defendants requests entry of an Order reflecting the substitution of Keli J. Oliver and Melissa Roberge as counsel for Defendants in this matter. Formal Notices of Appearance for Ms. Oliver and Ms. Roberge are filed contemporaneously herewith. The previous appearance by James E. Robinson is unchanged by this motion.

Wherefore, Defendants request that the Court enter an Order allowing Keli J. Oliver and Melissa Roberge to be substituted in place of Ms. Bussell, Mr. Lackey and Mr. Dickerson as counsel of record for Defendants.

Respectfully submitted,

THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
SAUL SOLOMON (#11689)
DIRECTOR OF LAW


/s/ Keli J. Oliver
Keli J. Oliver (#21023)
James E. Robinson (#24680)
Melissa Roberge (#26230)
Assistant Metropolitan Attorneys
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served electronically, via the CM/ECF filing system, on the 3rd day of March, 2015 to:

| | |
|---|---|
| Andre Segura<br>Lee Gelernt<br>ACLU<br>125 Broad Street, 18th Floor<br>New York, NY 10004 | Cecillia D. Wang<br>ACLU<br>39 Drumm Street<br>San Francisco, CA 94111 |
| Harry Elliott Ozment<br>Tricia Herzfeld<br>Law Offices of Elliott Ozment<br>1214 Murfreesboro Pike<br>Nashville, TN 37217 | Matthew J. Piers<br>José J. Behar<br>Jenna L. Miara<br>Caryn C. Lederer<br>Hughes, Socol, Piers, Resnick & Dym, Ltd.<br>70 W Madison Street, Suite 4000<br>Chicago, IL 60602 |
| Sam Delk Kennedy, Jr.<br>Michael L. Roden<br>Office of the United States Attorney<br>110 Ninth Ave. S, Suite A961<br>Nashville, TN 37203-3870 | Justin B. Cox<br>ACLU Foundation<br>1989 College Avenue NE<br>Atlanta, GA 30317 |
| Richard C. Mangelsdorf<br>D. Randall Mantooth<br>Leighann Ness<br>Brian Walthart<br>Leitner, Williams, Dooley & Napolitan, PLLC<br>414 Union St., Suite 1900<br>Bank of America Plaza<br>Nashville, TN 37219 | Thomas H. Castelli<br>ACLU Foundation of TN<br>P.O. Box 120160<br>Nashville, TN 37212 |
| John T. Roache<br>Paul F. Hancock<br>K&L Gates LLP<br>70 W Madison Street, Suite 3100<br>Chicago, IL 60602-4207 | Michael W. Skojek<br>Ballard & Spahr LLP<br>300 E. Lombard Street, 18th Floor<br>Baltimore, MD 21202 |

/s/Keli J. Oliver
Keli J. Oliver

3