IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGEL ENRIQUE NUÑEZ ESCOBAR, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> **LEE GAINES**, et al., <br><br> *Defendants*. | Case No. 3:11-cv-994 <br><br> Judge Campbell <br> Magistrate Judge Bryant <br><br><br> JURY DEMAND |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby STIPULATED AND AGREED, by and between Angel Enrique Nuñez Escobar, Jesus Antonio Sanchez Villalobos, Jorge Palencia Sarmiento, Javier Orlando Deras, Juan Baustista Mendez Martinez, Gerardo Morteo Mendez, Isaias Raxcaco Cajbon, Eduardo Cahuec Garcia, Marvin Benjamin Lopez Raxcaco, Cosmer Juarez Cajbon, Carlos Roberto Mendez Martinez, David Salgado Fugueroa, Kimberly Custis, and Shannon Noriega Lucas, as parent and next friend of her child, B.B., a minor (hereinafter, the "Plaintiffs") and Greystar Management Services, L.P., Greystar Real Estate Partners, LLC, Tritex Real Estate Advisors, Inc., Trimont Real Estate Advisors, Inc., and Tracy Hall (hereinafter, the "Private Defendants"), through their respective undersigned counsel, that this action be voluntarily dismissed with prejudice as to the Private Defendants, each party to bear its own costs.

Dated: April 28, 2015                                    Respectfully submitted,


s/Tricia Herzfeld                                        s/Leighann D. Ness
Tricia Herzfeld (BPR No. 26014)                          Leighann D. Ness (BPR No. 31246)
Elliott Ozment (BPR No. 4331)                            Richard C. Mangelsdorf, Jr. (BPR No. 12707)
OZMENT LAW                                               Brian F. Walthart (BPR No. 24777)
1214 Murfreesboro Pike                                   LEITNER, WILLIAMS, DOOLEY, AND NAPOLITAN
Nashville, TN 37217                                      414 Union Street
(615) 321-8888 (office)                                  Suite 1900
(615) 321-5230 (fax)                                     Nashville, TN 37219
tricia@ozmentlaw.com                                     (615) 255-7722

*Attorneys for Plaintiffs*                               Paul F. Hancock
                                                         John T. Roache
                                                         K&L GATES
                                                         200 South Biscayne Boulevard, Ste. 3900
                                                         Miami, Florida 33131-2399
                                                         *Admitted Pro Hac Vice*

                                                         Michael W. Skojec
                                                         BALLARD SPAHR LLP
                                                         300 E. Lombard St., 18th Fl.
                                                         Baltimore, MD 21202
                                                         (410) 528-5600
                                                         *Admitted Pro Hac Vice*

                                                         *Attorneys for Greystar Real Estate Partners, LLC,*
                                                         *Greystar Management Services, L.P., Tracy Hall,*
                                                         *TriMont Real Estate Advisors, Inc., and Tritex*
                                                         *Real Estate Advisors, Inc. ("Private Defendants")*

IT IS SO ORDERED.


                                                         _____
                                                         The Honorable Todd J. Campbell
                                                         United States District Judge

CERTIFICATE OF SERVICE

      I, Tricia R. Herzfeld, one of Plaintiff's attorneys, certify that I caused a copy of the foregoing document to be served by operation of the Court's Case Management/Electronic Case Files (CM/ECF) system upon the following attorneys of record on Tuesday, April 28, 2015:

| | |
|---|---|
| Andre Segura | Cecillia D. Wang |
| Justin Cox | ACLU Foundation Immigrants' Rights |
| Lee Gelernt | Project 39 Drumm Street San Francisco, |
| ACLU FOUNDATION IMMIGRANTS' RIGHTS | California 94111 T: (415) 343-0775 |
| PROJECT | *cwang@aclu.org* |
| 125 Broad Street, 18th Floor | |
| New York, New York 10004 | |
| T: (212) 549-2660 | |
| *asegura@aclu.org* | |
| *jcox@aclu.org* | |
| *lgelernt@aclu.org* | |

*Attorneys for Plaintiffs Javier Orlando Deras, Juan Bautista Mendez Martinez, Isaias Raxcaco Cajbon, Eduardo Cahuec Garcia, Marvin Benjamin Lopez Raxcaco, Cosmer Juarez Cajbon, Carlos Roberto Mendez Martinez, Kimberly Custis, and Shannon Noriega Lucas, as parent and next friend of her child, B.B.*

| | |
|---|---|
| Matthew J. Piers | Elliott Ozment |
| José J. Behar | Tricia Herzfeld |
| Caryn L. Lederer | OZMENT LAW |
| HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD. | 1214 Murfreesboro Pike |
| 70 W. Madison St., Suite 4000 | Nashville, TN 37217 |
| Chicago, IL 60602 | T: (615) 321-8888 |
| T: (312) 580-0100 | *elliott@ozmentlaw.com* |
| *mpiers@hsplegal.com* | *tricia@ozmentlaw.com* |
| *jbehar@hsplegal.com* | |
| *jmiara@hsplegal.com* | |
| *clederer@hsplegal.com* | |

*Attorneys for Angel Enrique Nunez Escobar, David Salgado Figueroa, Gerardo Morteo Mendez, Jesus Antonio Sanchez Villalobos, and Jorge Palencia Sarmiento*

Keli Oliver
Melissa Roberge
James Robinson
Metropolitan Legal Department
P.O. Box 196300
Nashville, TN 37219
keli.oliver@nashville.gov

3

James.Robinson@nashville.gov

*Attorneys for the Metro Defendants*

Sam Delk Kennedy, Jr.
Michael L. Roden
Office of the United States Attorney (M.D. Tenn.)
110 Ninth Avenue, S
Suite A961
Nashville, TN 37203-3870
Delk.kennedy@usdoj.gov
Michael.roden@usdoj.gov

*Attorneys for the Federal Defendants*

Richard C. Mangelsdorf, Jr.
Brian F. Walthart
Leighann D. Ness
Leitner, Williams, Dooley, and Napolitan
414 Union Street, Suite 1900
Nashville, TN 37219
Chuck.mangelsdorf@leitnerfirm.com
Brian.walthart@leitnerfirm.com

Paul F. Hancock
John T. Roache
K&L Gates
200 South Biscayne Boulevard, Ste. 3900
Miami, Florida 33131-2399

Michael W. Skojec
Ballard Spahr LLP
300 E. Lombard St., 18th Fl.
Baltimore, MD 21202
(410) 528-5600

*Attorneys for the Private Defendants*

        Respectfully submitted,

        s/Tricia Herzfeld
        Tricia Herzfeld (BPR No. 26014)

        *One of Plaintiff's Attorneys*